AO 440 (Rev. DC- September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANN A. BRIGHT

SUMMONS IN A CIVIL CASE

V.

FEDERAL COMMUNICATIONS
COMMISSION

C.

Case: 1:08-cv-00755
Assigned To : Huvelle, Ellen S.
Assign. Date : 4/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

FEDERAL COMMUNICATIONS COMMISSION
445 12TH STREET SW
WASHINGTON, D.C. 20554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES Q. BUTLER, ESQ.
BUTLER LEGAL GROUP, PLLP
818 18TH STREET, N.W
SUITE 630
WASHINTON, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 3 0 2008
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 23, 2008 |
| NAME OF SERVER (PRINT) Karen A. Abbott | TITLE Investigator |

Check one box below to indicate appropriate method of service

(G) Served personally upon the defendant. Place where served: FCC 445-12th St. S.W. Washington DC 20554

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____ KIM MATTOS

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/08
Date

Signature of Server  Karen A. Abbott

929-Hamilton St. N.W.
Wash. DC 20011
Address of Server

Case # 108CV00755
ANNABright

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.