UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANN A. BRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0755 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　Plaintiff filed this action against the Federal Communications Commission on April 30, 2008. On the same date, a summons was issued for service on defendant, and on June 6, 2008, plaintiff filed with the Court proof of service of the summons. To date, no additional summonses have been issued in this case.

　　Pursuant to Federal Rule of Civil Procedure 4(i), service in a case against a federal agency requires service on not only the agency defendant but also the United States Attorney for the District of Columbia and the United States Attorney General. Moreover, pursuant to Rule 4(m), a plaintiff must complete service within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). Accordingly, it is hereby

　　**ORDERED** that on or before August 29, 2008, plaintiff must either: (1) file with the Court proof of service of the complaint and summons as required by Rule 4, or (2) provide the Court with a written explanation for why service of process has not been accomplished in accordance with the rule. If plaintiff fails to comply with this Order, or if the Court determines

that plaintiff has not shown good cause for the failure to comply with Rule 4, this case will be dismissed without prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: July 29, 2008