AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ann A. Bright

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-755 (ESH)

Federal Communications Commission

TO: (Name and address of Defendant)

US Attorney General
DOJ
950 Pennsylvania Ave
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q Butler, Esq.
818 18th St. N.W
Washington, D.C 20006

an answer to the complaint which is served on you with this summons, within ~~60~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    AUG 2 8 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/28/08 |
| NAME OF SERVER *(PRINT)* Karen A Abbott | TITLE Investigator / Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: ✗ Robert Mc___ Roosevelt Williams

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

☒ Other (specify): DOJ - 950 PA Ave. N.W DC 20530

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/08          Karen A. Abbott
_____          _____
Date                              Signature of Server

929 Hamilton St N.W
Wash DC 20011
_____
Address of Server

Ann Bright

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.